RECEIVED IN ALEXANDRIA, LA.
JUN 12 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID E. KATES, aka DAVID EARL KATES<br>FED. REG. #30428-077 | CIVIL ACTION NO. 09-0401 |
| VS. | SECTION P |
| | JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _11th_ day of _June_, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE